1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 1993 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CR 93- 98 LHM |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | [21 U.S.C. § 846: |
| BRIAN KEITH BRIM, | ) | Conspiracy to Manufacture Phencyclidine (PCP); 21 |
| aka "Brian Keith," | ) | U.S.C. § 841(a)(1): |
| JEFFREY RENCHER, and | ) | Manufacture of Piperidino- |
| FLOYD DAVERLIN OSBORNE, | ) | cyclohexanecarbonitrile (PCC); |
| | ) | 21 U.S.C. § 841(a)(1): |
| Defendants. | ) | Possession of PCC With Intent |
| | ) | to Manufacture PCP; 21 U.S.C. |
| | ) | §§ 846, 841(a)(1): Attempt to |
| | | Manufacture PCP] |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. § 846]

I.  OBJECT OF THE CONSPIRACY

Beginning on a date unknown to the Grand Jury and continuing to on or about July 25, 1993, in Riverside County, within the Central District of California, defendants BRIAN KEITH BRIM,

NTH:nth

ENTERED ON ICMS

1  aka "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE,
2  and others known and unknown to the Grand Jury knowingly and
3  willfully conspired and agreed with each other to commit the
4  following offense against the United States, in violation of
5  Title 21, United States Code, Section 846:  Knowingly and
6  intentionally manufacturing one (1) kilogram or more of a
7  mixture or substance containing a detectable amount of
8  phencyclidine (PCP), a schedule II controlled substance, in
9  violation of Title 21, United States Code, Section 841(a)(1).
10  II.  <u>MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE</u>
11      <u>ACCOMPLISHED</u>
12      The object of the conspiracy was to be accomplished, in
13  substance, as follows:
14      1.  Defendant BRIAN KEITH BRIM, aka "Brian Keith," and
15  others would purchase and take delivery of precursor chemicals
16  and supplies used in the manufacture of PCP.
17      2.  Defendant BRIAN KEITH BRIM, aka "Brian Keith," and
18  others would transport precursor chemicals and supplies used in
19  the manufacture of PCP to a residence located at 16760 Multiview
20  Drive, Perris, California.
21      3.  Defendants BRIAN KEITH BRIM, aka "Brian Keith," JEFFREY
22  RENCHER and FLOYD DAVERLIN OSBORNE, and others would combine
23  various precursor chemicals at a residence located at 16760
24  Multiview Drive, Perris, California, for the purpose of
25  manufacturing PCP.
26
27
28

III.   OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, the defendants and others known and unknown to the Grand Jury committed various overt acts within the Central District of California and elsewhere, including but not limited to the following:

1.  On or about July 22, 1993, defendant BRIAN KEITH BRIM, aka "Brian Keith," drove a maroon Mazda minivan to the premises of J.B. Chemical Co. Inc., 3880 E. Craig Road, North Las Vegas, Nevada.

2.  On or about July 22, 1993, defendant BRIAN KEITH BRIM, aka "Brian Keith," took possession of fourteen (14) blue five (5) gallon containers of ethyl ether and four (4) gallons of banana air freshener.

3.  On or about July 22, 1993, defendant BRIAN KEITH BRIM, aka "Brian Keith," drove a maroon Mazda minivan, loaded with fourteen (14) blue five (5) gallon containers of ethyl ether and four (4) gallons of banana air freshener, to a residence located at 16760 Multiview Drive, Perris, California (the "Multiview Residence").

4.  On or about July 24, 1993, defendant FLOYD DAVERLIN OSBORNE drove a blue Chrysler minivan into the driveway of the Multiview Residence.

5.  On or about July 24, 1993, defendants BRIAN KEITH BRIM, aka "Brian Keith," and JEFFREY RENCHER arrived at the Multiview Residence in a maroon Mazda minivan.

-3-

6. On or about July 24, 1993, defendant BRIAN KEITH BRIM, aka "Brian Keith," unloaded two (2) blue five (5) gallon metal drums from a maroon Mazda minivan and transported them into the garage of the Multiview Residence.

7. On or about July 24, 1993, defendants BRIAN KEITH BRIM, aka "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE left the Multiview Residence in a blue GMC van and then returned.

8. On or about July 24, 1993, defendant FLOYD DAVERLIN OSBORNE backed a blue Chrysler minivan to the side garage door of the Multiview Residence and unloaded one (1) white package wrapped in gray electrical tape, two (2) gray five (5) gallon drums and two (2) cardboard boxes.

9. On or about July 25, 1993, defendants BRIAN KEITH BRIM, aka "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE possessed in the garage of the Multiview Residence the following chemicals, among others, used in the manufacture of PCP: piperidine, hydrochloric acid, cyclohexanone, and bromobenzene.

10. On or about July 25, 1993, defendants BRIAN KEITH BRIM, aka "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE possessed in the garage of the Multiview Residence approximately twenty-three (23) kilograms of piperidinocyclohexanecarbonitrile (PCC), an immediate precursor to PCP.

-4-

1  COUNT TWO

2  [21 U.S.C. § 841(a)(1)]

3      On or about July 25, 1993, in Riverside County, within the

4  Central District of California, defendants BRIAN KEITH BRIM, aka

5  "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE

6  knowingly and intentionally manufactured approximately twenty-

7  three (23) kilograms of piperidinocyclohexanecarbonitrile (PCC),

8  a schedule II controlled substance.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              -5-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## COUNT THREE

### [21 U.S.C. § 841(a)(1)]

On or about July 25, 1993, in Riverside County, within the Central District of California, defendants BRIAN KEITH BRIM, aka "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE knowingly and intentionally possessed approximately twenty-three (23) kilograms of piperidinocyclohexanecarbonitrile (PCC), a schedule II controlled substance, with the intent to manufacture phencyclidine (PCP), a schedule II controlled substance.

-6-

COUNT FOUR

[21 U.S.C. §§ 846, 841(a)(1)]

On or about July 25, 1993, in Riverside County, within the Central District of California, defendants BRIAN KEITH BRIM, aka "Brian Keith," JEFFREY RENCHER, and FLOYD DAVERLIN OSBORNE knowingly and intentionally attempted to manufacture more than one (1) kilogram of a mixture or substance containing a detectable amount of phencyclidine (PCP), a schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

_____
Foreperson

TERREE A. BOWERS
United States Attorney

ROBERT L. BROSIO
Assistant United States Attorney
Chief, Criminal Division

JOHN S. GORDON
Assistant United States Attorney
Chief, Narcotics Section

-7-